PROB 12B            SD/FL PACTS No. 4787353
(SD/FL 1/21)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **18-CR-20297-WILLIAMS**

**Request for Modifying the Conditions or Term of Supervision
With Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Loida Melva Cooper

Name of Sentencing Judicial Officer: The Honorable Kathleen M. Williams, United States District Judge, Miami, Florida

Date of Original Sentence:  August 24, 2018

Original Offense:  Count One: Use of unauthorized access devices, 18 U.S.C. § 1029(a)(2), a Class C felony.

Count Two: Aggravated identity theft, 18 U.S.C. § 1028A(a)(1), a Class E felony.

Original Sentence:  Thirty-Two months custody of the Bureau of Prisons; three years supervised release, $200.00 special assessment and $10,500.00, joint and several restitution. Special conditions: The defendant shall 1) not possess any credit cards, nor shall she be a signer on any credit card obligations during her term of supervision; 2) provide complete access to financial information; 3) no new debt; 4) submit to search; 5) participate in an approved treatment program for drug and/or alcohol abuse; 6) notify the probation officer of any material change in the defendant's economic circumstances; 7) participate in an approved inpatient/outpatient mental health treatment program; and 8) obtain prior written approval from the Court before entering into any self-employment.

Type of Supervision: Supervised Release  Date Supervision Commenced: December 31, 2020

**PETITIONING THE COURT**

☐   To extend the term of supervision for _____ years, for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $150.00 per month, until such time as the Court may alter that payment schedule in the interest of justice. The United States Probation Office and the United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

**CAUSE**

On December 31, 2020, Ms. Cooper commenced her term of supervised release in the Southern District of Florida, with an expiration date of December 20, 2023.

PROB 12B  SD/FL PACTS No. 4787353
(SD/FL 1/21)

    Ms. Cooper was ordered to pay restitution in the sum of $10,500.00, jointly and severally, at a rate of 10% of her monthly gross income. She recently secured stable, full-time employment at Jemini Ventures, Inc, as a receptionist. As a result, a financial investigation was conducted to determine what amount she could afford to pay monthly. Ms. Cooper reported her household income and expenses on a monthly basis. The information was compared to the documentation provided and the expenses were adjusted accordingly. Ms. Cooper resides with her mother, and she is contributing towards the household expenses. Based on this information, it was determined she will be able to pay $150.00 per month towards restitution.

    Ms. Cooper was presented with this information and concurred with our assessment, consequently, voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing restitution at $150.00 per month, commencing on September 1, 2021, and every month thereafter.

    Since February 2019, monthly payments (approximately $160.00) have been applied to the restitution obligation via the Treasury Offset Program (TOPS). It appears these payments are being garnished from Ms. Cooper's mother's social security benefits. They have the same name. All parties are aware of this information.

    The $200.00 special assessment has been paid, and a total of $5,878.38 has been paid towards the court-ordered restitution. The current balance is $4,621.62. Further, Ms. Cooper is in compliance with all other conditions of her supervision.

    **RECOMMENDATION:** As such, it is respectfully recommended Your Honor modify the conditions of supervised release allowing the defendant to pay restitution at the rate of $150.00 per month.

Respectfully submitted,

by: _____  
Antonio L. Redding
United States Probation Officer
Office: (305) 512-1833
Cellular: (786) 269-4200
Date: August 16, 2021

---

THE COURT ORDERS:

☐    No Action
☒    The Modification of Conditions as Noted Above
☐    Submit a Request for ☐ Warrant or ☐ Summons

PROB 12B  
(SD/FL 1/21)

SD/FL PACTS No. 4787353

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Date: 8/17/2021